IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| GRANITE CONCEPTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:25-cv-147-GNS ) |
| JPMORGAN CHASE BANK, N.A. | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF REMOVAL

Defendant, JPMorgan Chase Bank, N.A. ("Chase"), by counsel, removes this civil action from the Jefferson Circuit Court, Jefferson County, Kentucky to the United State District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. §§1332, 1441 and 1446. As more fully explained herein, removal is proper because this Court has subject matter jurisdiction over this action under 28 U.S.C. §1332, and all requirements of removal have been satisfied. The grounds for removal are as follows:

**I.  INTRODUCTION**

1. Plaintiff, Granite Concepts, LLC ("Granite Concepts") commenced this action by filing a complaint against Chase in the Jefferson Circuit Court, Jefferson County, Kentucky, Case No. 25-CI-001190 on or about February 18, 2025.

2. Chase was served with the Summons and Complaint on February 24, 2025.

3. This Notice of Removal is timely under 28 U.S.C. §1446(b) because the same was filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief

upon which the proceeding is based. Further, this Notice of Removal is filed within one year of the commencement of this action.

4. A Notice of Filing of Notice of Removal will be filed promptly with the Circuit Clerk of the Circuit Court of Jefferson County, Kentucky.

5. A copy of the Notice of Filing Notice of Removal will also be served upon counsel for the Plaintiff, together with a copy of this Notice of Removal, contemporaneously with filing the same with the Circuit Clerk of the Circuit Court of Jefferson County, Kentucky.

## II.   DIVERSITY JURISDICTION

6. Jurisdiction is vested in this Court pursuant to 28 U.S.C. §1332, as there is complete diversity of citizenship between the parties.

7. Granite Concepts is a Limited Liability Company organized in Kentucky. The citizenship of a limited liability company is determined based upon the citizenship of its members. *Homfeld II, L.L.C. v. Comair Holdings, Inc.*, 53 Fed. Appx. 731, 732 (6th Cir. 2002).

8. Chase is a national banking association organized and existing under the laws of the United States, with its main office in Columbus, Ohio. For purposes of diversity jurisdiction, a national banking association is a citizen of the state designated in its articles of association as the location of its main office. *Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303, 306, 126 S. Ct. 941, 163 L. Ed. 2d 797 (2006).

9. Upon information and belief, and after review of publicly available records, Rodemil Nieto Guzman and Maria Tapia are the sole members of Granite Concepts and are domiciled at 6815 Brittany Oak Drive, Louisville, Kentucky 40228. Mr. Guzman and Ms. Tapia are citizens of Kentucky for diversity purposes which makes Granite Concepts a citizen of Kentucky for diversity purposes.

10. Because Chase's articles of association indicate the main office is in Columbus, Ohio, Chase is a citizen of Ohio for diversity purposes.

11. The amount in controversy exceeds $75,000. Removal is proper if it is apparent from the face of the petition that the claims are likely to exceed $75,000. *Rosen v. Chrysler Corp.*, 205 F.3d 918 (6th Cir. 2000). In its Original Petition, Granite Concepts states that it seeking to recover "approximately $75,000.00" in addition to attorney's fees.

12. Venue is proper in this Court because this District and Division encompass the Circuit Court of Jefferson County, Kentucky, the forum from which the case has been removed. *See* U.S.C. §1441.

13. This Court has original jurisdiction of this civil action because there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000. *See* 28 U.S.C §1332. Consequently, this action is removable to this Court.

### III. PROCEDURAL REQUIREMENTS

14. This case is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

15. True, correct, and certified copies of "all process, pleadings, and orders" served on Chase are attached hereto as **Exhibit A** in conformity with 28 U.S.C. § 1446(a). There are no other process, pleadings or orders served upon Chase to date in this case.

16. The Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), as Chase was served on February 24, 2025.

17. Chase has heretofore sought no similar relief.

18. The United States District Court for the Western District of Kentucky, Louisville Division, is the court and division embracing the place where this action is pending in state court.

19. Chase reserves the right to supplement this notice of removal by adding any jurisdictional defenses that may independently support a basis for removal.

WHEREFORE, Defendant, JPMorgan Chase Bank, N.A., submits that this matter is properly removed from the Circuit Court of Jefferson County, Kentucky to this Court.

Respectfully submitted,

*/s/ Benjamin L. Riddle*
BENJAMIN L. RIDDLE
STEPTOE & JOHNSON PLLC
700 N. Hurstbourne Pkwy, Suite 115
Louisville, KY 40222
O: (502) 423-2000
F: (502) 423-2001
benjamin.riddle@steptoe-johnson.com
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

      It is hereby certified that a true copy of the foregoing has this 14th day of March 2025, been served via electronic filing and/or U.S. Mail to the following:

T. Scott Abell
ABELL ROSE LAW
108 S. Madison Avenue
Louisville, KY 40243
Phone: (502) 450-5611
sabell@abellroselaw.com
***Counsel for Plaintiff***

                                                  */s/ Benjamin L. Riddle*
                                                  ***Counsel for Defendant***